

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AL:RP
F.#2014R01045

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 27, 2015

<u>Via ECF</u>

To All Defense Counsel

          Re:    United States v. Solomon Artis, <u>et al.</u>
                <u>Criminal Docket No. 15-287 (S-1) (WFK)</u>

Dear Counsel:

        The government writes to provide additional discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. In particular, the government writes to make available to you Discovery Exhibit 65. This exhibit contains the same video footage as Discovery Exhibit 13, which was previously produced to you on August 12, 2015. Counsel to the defendant Solomon Artis advised that the video files within Discovery Exhibit 13 played on his own computer, but that Artis was not able to play the files from a Bureau of Prisons ("BOP") computer. Therefore, the government has converted the video files into "AVI" format, which it understands should be playable on BOP computers. You may obtain this discovery by calling John Palermo of DupeCoop at the telephone number (973) 895-1359, on or after October 28, 2015. The government also renews its request for reciprocal discovery from the defendants.

                Very truly yours,

                ROBERT L. CAPERS
                United States Attorney

      By:            /s/            
                Allon Lifshitz
                Rena Paul
                Assistant U.S. Attorneys
                (718) 254-6164/7575

cc:     Clerk of the Court (WFK) (by ECF)